42,370-01

# MOTION FOR TIME REDUCTION

RE: CAUSE NO. TRC+ NO. 36752CR/A
State VS. Scott Lohman
TDCJ No: 1820552

MOTION DISMISSED
DATE: 1/28/15
BY: P.C.

I FILED A 11.07 WAS DENIED. I WOULD LiKE
TO FILE FOR A TIME REDUCTION. I WAS
SENTENCED TO 75yrs FOR THEFT OVER 20Thousand
UNDER 100 Thousand. I HAVE BEEN incarserated
FOR 4yrs now. PLEASE GRANT ME A TIME REDuction
THANK you FOR YOUR time RESPECtFully

Scott Lohman.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 20 2015
Abel Acosta, Clerk